UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                        :

                        :

           Plaintiff,     :

                        :

   -against-          :       _____ Civ. _____ ( _____ ) ( _____ )

                        :

                        :       NOTICE OF LIMITED APPEARANCE
                        :       OF *PRO BONO* COUNSEL

                        :

          Defendant.   :
--------------------------------------------------------X

To the Clerk of this Court and all parties of record:

     Enter my appearance as *pro bono* counsel in this case on behalf of:

_____ [party]

     for the limited purpose of _____.  I certify

that I am admitted to practice in this Court.

_____

Date

                                        *Erin E. Gleason Alvarez*

                                  Signature

                                  _____

                                  Print Name          Bar No.

                                  _____

                                  Address

                                  _____

                                  City        State       Zip Code

                                  _____

                                  Phone No.         Fax. No.

                                  _____

                                  Email Address